# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TRAMAINE BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:16-cv-1012-MHC-DAB |
| | ) |
| PHILLIP SMALL, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff, Tramaine Bradley, sued Defendants, Phillip Small, Seth Spooner, Mike Stacey, Houston County Sheriff's Office and Sheriff Donald Valenza,[1] for constitutional violations under 42 U.S.C. § 1983, arising out of his arrest on February 10, 2016.  On August 22, 2018, Tramaine Bradley and the remaining Defendants, Philip Small, Seth Sooner, and Mike Stacey, filed a joint stipulation for dismissal with prejudice with each party to bear their own costs and fees.  (Doc. 87).  All matters have been resolved among these parties and in this litigation.  The Joint Stipulation (Doc. 87) comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and thus this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

---

[1] Plaintiff's claims against the Houston County Sheriff's Office and Sheriff Donald Valenza have been dismissed.  (Doc. 60).

Accordingly, it is the **RECOMMENDATION** of the Magistrate Judge that the court enter an order directing the Clerk of the Court to close this case.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. Accordingly, it is hereby **ORDERED** that any objections to the Report and Recommendation shall be filed on or before **October 2, 2018**. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1; see also 28 U.S.C. § 636(b)(1).

**DONE** and **ORDERED** this 18th day of September 2018.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE