IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRAMAINE BRADLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIP SMALL, Deputy Officer, individually and in his official capacity, SETH SPOONER, Deputy Officer, individually and in his official capacity, MIKE STACEY, Deputy Officer, individually and in his official capacity,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-1012-MHC-DAB |

## ORDER

This action comes before this Court on the Final Report and Recommendation ("R&R") of Magistrate Judge David A. Baker [Doc. 88] finding that the parties filed a joint stipulation of dismissal with prejudice [Doc. 87] and recommending that the Court enter an order directing the Clerk of the Court to close this case. The R&R provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days

of the receipt of that Order. Within the time period for filing objections, no party filed objections to the R&R.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Report and Recommendation [Doc. 88] as the judgment of the Court. The action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby **ORDERED** to close this case.

**IT IS SO ORDERED** this 9th day of October, 2018.

_____
MARK H. COHEN
United States District Judge